CT Corporation

**Service of Process Transmittal**
01/20/2022
CT Log Number 540908742

**TO:** Laura Aznavoorian, Litigation Supervisor
Gallagher Bassett Services, Inc.
1901 S. Meyers Rd, Suite 200C
Oakbrook Terrace, IL 60181

**RE:** **Process Served in California**

**FOR:** Costco Wholesale Corporation  (Domestic State: WA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: ALMA GONZALEZ, an individual // To: Costco Wholesale Corporation |
| **DOCUMENT(S) SERVED:** | -- |
| **COURT/AGENCY:** | None Specified<br>Case # 30202201241064CUPOCJC |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, GLENDALE, CA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 01/20/2022 at 10:20 |
| **JURISDICTION SERVED :** | California |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 01/20/2022, Expected Purge Date: 02/04/2022 |
| | Image SOP |
| | Email Notification,  Laura Aznavoorian  laura_aznavoorian@gbtpa.com |
| | Email Notification,  Zois Johnston  zjohnston@costco.com |
| | Email Notification,  Maureen Papier  maureen_papier@gbtpa.com |
| **REGISTERED AGENT ADDRESS:** | Amanda Garcia<br>330 N BRAND BLVD<br>STE 700<br>GLENDALE, CA 91203<br>866-665-5799<br>SouthTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

 Wolters Kluwer

# PROCESS SERVER DELIVERY DETAILS

**Date:**                        Thu, Jan 20, 2022

**Server Name:**                 Jose Alvarez

| Entity Served | COSTCO WHOLESALE CORPORATION |
|---|---|
| Case Number | 30-2022-01241064-CU-PO-CJC |
| Jurisdiction | CA |



Electronically Filed by Superior Court of California, County of Orange, 01/18/2022 03:21:00 PM.
30-2022-01241064-CU-PO-CJC - ROA # 8   DAVID H. YAMASAKI, Clerk of the Court By Brenda Sanchez, Deputy Clerk.

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

| | |
|---|---|
| **NOTICE TO DEFENDANT:**<br>*(AVISO AL DEMANDADO):*<br><br>Costco Wholesale Corporation; and Does 1-20, Inclusive<br><br><br>**YOU ARE BEING SUED BY PLAINTIFF:**<br>*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*<br><br>Alma Gonzalez, an individual | **FOR COURT USE ONLY**<br>*(SOLO PARA USO DE LA CORTE)* |

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es)* Central Justice Center<br><br>700 Civic Center Drive West<br><br>Santa Ana, CA 92701 | CASE NUMBER:<br>*(Número del Caso):*<br><br>30-2022-01241064-CU-PO-CJC<br><br>Judge Melissa R. McCormick |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Mark Kiran, Esq., The Broadway Law Firm, 205 S Broadway Ste 708, Los Angeles, CA 90012, 213-444-3155

| | | | |
|---|---|---|---|
| DATE:<br>*(Fecha)*   01/18/2022 | DAVID H. YAMASAKI, Clerk, by<br>Clerk of the Court   *(Secretario)* | Brenda Sanchez | , Deputy<br>*(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

[SEAL]

3. ☒ on behalf of *(specify):* COSTCO WHOLESALE CORPORATION

under: ☒ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)        ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership)   ☐ CCP 416.90 (authorized person)
☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

**Page 1 of 1**

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>www.courtinfo.ca.gov |

Electronically Filed by Superior Court of California, County of Orange, 01/18/2022 08:00:00 AM.
30-2022-01241064-CU-PO-CJC - ROA # 2 - DAVID H. YAMASAKI, Clerk of the Court By Katie Trent, Deputy Clerk.

Mark R. Kiran (State Bar No. 305074)
**THE BROADWAY LAW FIRM, PC**
205 South Broadway Ste 708
Los Angeles, CA 90012
Tel: (213) 444-3155 • Fax: (213) 444-3158

Attorneys for Plaintiff: **Alma Gonzalez**

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF ORANGE – CENTRAL JUSTICE CENTER

| | |
|---|---|
| ALMA GONZALEZ, an individual, | CASE NO.:  30-2022-01241064-CU-PO-CJC |
| Plaintiff, | **COMPLAINT FOR PERSONAL INJURY** |
| vs. | **[Premises Liability]** |
| COSTCO WHOLESALE CORPORATION; and DOES 1-20, INCLUSIVE; | **AMOUNT EXCEEDS $25,000.00** |
| Defendant(s). | **JURY TRIAL DEMANDED** |
| | **Assigned for All Purposes** |
| | Judge Melissa R. McCormick |

Plaintiff, ALMA GONZALEZ ("Plaintiff"), by and through her attorneys, alleges upon personal knowledge as to her own acts, and upon information and belief based on investigation by Counsel as to other acts, as follows:

## THE PARTIES

1.      Plaintiff, ALMA GONZALEZ, is and was at all relevant times mentioned a resident of Orange County, State of California.

COMPLAINT FOR DAMAGES

2.    Plaintiff is informed and believes and thereon alleges that Defendant COSTCO WHOLESALE CORPORATION ("Defendant") is a corporation doing business in Orange County, State of California.

3.    Plaintiff does not know the true name(s) or identity(ies) of the Defendants named herein as DOES 1 through 20, inclusive, and each of them, and therefore, under the provisions of California Code of Civil Procedure § 474, sues such Defendants by such fictitious names. Plaintiff is informed and believes, and thereon alleges that each of the Defendants designated herein as a DOE is involved in, entitled to, or in some manner responsible as the principle, beneficiary, agent, co-conspirator, joint venturer, alter ego, third party beneficiary or otherwise, for the transactions, events and/or acts herein described, and thereby proximately caused injuries and damages to Plaintiff as herein alleged. Further, Plaintiff is informed, and believes, and thereon alleges that these fictitiously named Defendants, and each of them, are responsible in some way for the actions hereinafter alleged, and legally caused injury to and damages sustained by Plaintiff. Plaintiff will seek leave of Court to amend this Complaint to add the true names of these Defendants when the same have been ascertained.

## JURISDICTION AND VENUE

4.    This Court has jurisdiction over this matter because all Defendants conduct business in and have substantial contacts within the State of California.

5.    Venue is proper in the Orange County pursuant to Section 395(a)(b) of the California Code of Civil Procedure since the tortious acts and omissions occurred in the Orange County, State of California.

COMPLAINT FOR DAMAGES

## FACTUAL ALLEGATIONS

6.     On or about December 9, 2020, Plaintiff was an invitee shopping at the Costco Wholesale located at 900 S. Harbor Blvd., Fullerton, California 92832 ("the SUBJECT PROPERTY").

7.     At all times herein mentioned, Defendant owned and controlled the SUBJECT PROPERTY and was responsible for inspecting and maintaining the premises in a reasonably safe state.

8.     Defendant, as the owner and/or occupier of land, owes a general duty to exercise ordinary care for the safety of persons who come upon the property.

9.     At all times herein mentioned, the persons acting as the managers, security personnel, and maintainers of the SUBJECT PROPERTY were acting with the knowledge, permission and consent of Defendant.

10.    As Plaintiff walked through Defendant's store toward the refrigeration section at the SUBJECT PROPERTY, she slipped and fell on the wet and slippery floor ("the CONDITION").

11.    Defendants knew or, in the exercise of reasonable care, should have known that the CONDITION existed.

12.    Defendants knew or, in the exercise of reasonable care, should have known that the aforementioned CONDITION created an unreasonable risk of harm to invitees patronizing the SUBJECT PROPERTY.

13.    Defendants, Costco Wholesale Corporation and DOES 1-20, inclusive, and each of them, owed Plaintiff a duty of care to take reasonable steps to inspect their property for dangerous conditions and prevent Plaintiff from being exposed to a dangerous condition while

COMPLAINT FOR DAMAGES

she was a business invitee at the SUBJECT PROPERTY.

14.     Defendants, Costco Wholesale Corporation and DOES 1-20, inclusive, and each of them, failed to repair the CONDITION.

15.     Defendants, Costco Wholesale Corporation and DOES 1-20, inclusive, and each of them, failed to protect Plaintiff from harm from the CONDITION.

16.     Defendants, Costco Wholesale Corporation and DOES 1-20, inclusive, and each of them, failed to give adequate warning of the CONDITION.

17.     As a proximate result of Defendants' breach of their duty owed to Plaintiff, Plaintiff suffered physical and neurological injuries when she slipped and fell because of the CONDITION.

18.     The injuries sustained by the Plaintiff will result in some permanent disability to Plaintiff, all to her damage in a sum to be proven at time of trial.

19.     As a further proximate result of the negligence of Defendants and of the injuries, Plaintiff was required and did employ physicians and surgeons to examine, treat, and care for her, and incurred other medical expenses in an amount to be proven at time of trial.

20.     Plaintiff is informed and believes, and on such information and belief alleges, that she will incur some additional medical and incidental expenses, the exact amount of which is unknown at the present time.

21.     As further proximate result of the negligence of Defendants as aforesaid and of the aforementioned injuries, Plaintiff has suffered a loss of income and earnings, and their earning ability is, and will remain, impaired and diminished by reason thereof, and will continue to suffer a further loss of earnings and income for an indefinite period of time.

COMPLAINT FOR DAMAGES

22.   As a further proximate result of the negligence of the defendants as aforesaid and of the aforementioned injuries, Plaintiff has been damaged by a loss in her general and specific earnings capacity in an amount to be proven at the time of trial.

WHEREFORE, Plaintiff prays for judgment against Defendants, and each of them, as follows:

1. For general damages in an amount within the jurisdiction of the Superior Court;

2. For all medical and incidental expenses according to proof at the time of trial;

3. For damages for loss of income and earnings and impairment of earning ability according to proof at the time of trial;

4. For costs of suit herein incurred;

5. For such other and further relief as the court may deem proper.

Dated:  January 17, 2022                    **THE BROADWAY LAW FIRM, PC**

By

Mark R. Kiran, Esq.

Attorney for Plaintiff

ALMA GONZALEZ

COMPLAINT FOR DAMAGES

## **DEMAND FOR JURY TRIAL**

Plaintiff ALMA GONZALEZ hereby demands a jury trial with respect to all issues triable by jury.

Dated:  January 17, 2022          **THE BROADWAY LAW FIRM, PC**

By

Mark R. Kiran, Esq.

Attorney for Plaintiff

ALMA GONZALEZ

COMPLAINT FOR DAMAGES

Electronically Filed by Superior Court of California, County of Orange, 01/18/2022 08:00:00 AM.
30-2022-01241064-CU-PO-CJC - ROA # 3 - DAVID H. YAMASAKI, Clerk of the Court By Katie Trent, Deputy Clerk.

**CM-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Mark Kiran, Esq. SBN 305074<br>The Broadway Law Firm<br>205 S Broadway Ste 708<br>Los Angeles, CA 90012<br>TELEPHONE NO.: 213-444-3155   FAX NO.: 213-444-3158<br>ATTORNEY FOR *(Name):* Alma Gonzalez | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Orange
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS: 700 Civic Center Drive West
CITY AND ZIP CODE: Santa Ana 92701
BRANCH NAME: Central Justice Center

CASE NAME:
Gonzalez vs Costco Wholesale Corp.

| CIVIL CASE COVER SHEET<br>[✔] Unlimited    [ ] Limited<br>(Amount          (Amount<br>demanded        demanded is<br>exceeds $25,000)  $25,000 or less) | Complex Case Designation<br>[ ] Counter   [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | CASE NUMBER:<br>30-2022-01241064-CU-PO-CJC |
|---|---|---|
| | | JUDGE: Judge Melissa R. McCormick<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[✔] Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)
**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)
**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)
**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)
**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
[ ] Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)
**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [ ] is [✔] is not    complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties      d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve      e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   c. [ ] Substantial amount of documentary evidence      f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a.[✔] monetary   b.[ ] nonmonetary; declaratory or injunctive relief   c.[ ] punitive
4. Number of causes of action *(specify):* One
5. This case [ ] is [✔] is not    a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: January 17, 2022
Mark Kiran, Esq.
_____     ▶ _____
(TYPE OR PRINT NAME)                  (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on **all** other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>*www.courtinfo.ca.gov* |
|---|---|---|

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice– Physicians & Surgeons
  Other Professional Health Care Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip and fall)
  Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  Intentional Infliction of Emotional Distress
  Negligent Infliction of Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
  Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/ Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court Case Matter
  Writ–Other Limited Court Case Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of County)
  Confession of Judgment *(non-domestic relations)*
  Sister State Judgment
  Administrative Agency Award *(not unpaid taxes)*
  Petition/Certification of Entry of Judgment on Unpaid Taxes
  Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-harassment)*
  Mechanics Lien
  Other Commercial Complaint Case *(non-tort/non-complex)*
  Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief From Late Claim
  Other Civil Petition

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE<br>STREET ADDRESS: 700 W. Civic Center DRIVE<br>MAILING ADDRESS: 700 W. Civic Center Drive<br>CITY AND ZIP CODE: Santa Ana 92701<br>BRANCH NAME: Central Justice Center | FOR COURT USE ONLY<br>**FILED**<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ORANGE |
|---|---|
| PLANTIFF: Alma Gonzalez | |
| DEFENDANT: Costco Wholesale Corporation | **Jan 18, 2022**<br>Clerk of the Court<br>By: Katie Trent, Deputy |
| Short Title: GONZALEZ VS. COSTCO WHOLESALE CORPORATION | |
| **NOTICE OF HEARING**<br>**CASE MANAGEMENT CONFERENCE** | CASE NUMBER:<br>30-2022-01241064-CU-PO-CJC |

**Please take notice that a(n), <u>Case Management Conference</u> has been scheduled for hearing on <u>06/30/2022</u> at <u>09:00:00 AM</u> in Department <u>C13</u> of this court, located at <u>Central Justice Center</u>.**

**Plaintiff(s)/Petitioner(s) to provide notice to all defendant(s)/respondent(s). Parties who file pleadings that add new parties to the proceeding must provide notice of the Case Management Conference to the newly added parties.**

**IMPORTANT:** Prior to your hearing date, please check the Court's website for the most current instructions regarding how to appear for your hearing and access services that are available to answer your questions.
Civil Matters - https://www.occourts.org/media-relations/civil.html
Probate/Mental Health - https://www.occourts.org/media-relations/probate-mental-health.html

**IMPORTANTE:** Antes de la fecha de su audiencia, visite el sitio web de la Corte para saber cuáles son las instrucciones más actuales para participar en la audiencia y tener acceso a los servicios disponibles para responder a sus preguntas.
Casos Civiles - https://www.occourts.org/media-relations/civil.html
Casos de Probate y Salud Mental - https://www.occourts.org/media-relations/probate-mental-health.html

**QUAN TRỌNG:** Trước ngày phiên tòa của quý vị, vui lòng kiểm tra trang mạng của tòa án để biết những hướng dẫn mới nhất về cách ra hầu phiên tòa của quý vị và tiếp cận những dịch vụ hiện có để giải đáp những thắc mắc của quý vị.
Vấn Đề Dân Sự - https://www.occourts.org/media-relations/civil.html
Thủ Tục Di Chúc/Sức Khỏe Tinh Thần - https://www.occourts.org/media-relations/probate-mental-health.html

Clerk of the Court, By: _Katie Trent_ , Deputy

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**

**Central Justice Center**
**700 W. Civic Center DRIVE**
**Santa Ana 92701**

**SHORT TITLE: GONZALEZ VS. COSTCO WHOLESALE CORPORATION**

| **CLERK'S CERTIFICATE OF SERVICE BY MAIL** | **CASE NUMBER:** |
|---|---|
| | **30-2022-01241064-CU-PO-CJC** |

I certify that I am not a party to this cause. I certify that a true copy of the above <u>Notice of Hearing</u> has been placed for collection and mailing so as to cause it to be mailed in a sealed envelope with postage fully prepaid pursuant to standard court practices and addressed as indicated below. The certification occurred at <u>Santa Ana</u>, <u>California</u>, on <u>01/18/2022</u>. Following standard court practice the mailing will occur at <u>Sacramento</u>, <u>California</u> on <u>01/19/2022</u>.

Clerk of the Court, by: _Katie Trent_____ , Deputy

**THE BROADWAY LAW FIRM, PC**
**205 S BROADWAY # 708**
**LOS ANGELES, CA 90012**

---

CLERK'S CERTIFICATE OF SERVICE BY MAIL

Page: 2

Code of Civil Procedure , § CCP1013(a)